# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

<u>CIVIL</u> DIVISION

BRYAN ANTHONY TURNER

v.

STATE OF NORTH CAROLINA PITT COUNTY

NO. 7:24-CV-00039-M

COMPLAINT

Plaintiff resides at:
41 Moon Johnson Rd, Rosehill, NC 28458

Defendant(s)' name(s) and address(es), if known:
- Verna Donnelly "NCCSS Director"
2001 Mail Service Center
Raleigh, NC 27699
- Sharon Rochelle
NC PITT CO CSE AGENCY
203 Government Circle
Greenville, NC 27834

1

Case 7:24-cv-00039-M-KS    Document 1    Filed 01/26/24    Page 1 of 3

Kody H. Kinsley
2001 Mail Service Center
Raleigh, NC 27699

Tynesha Anthony
203 Goverment Circle
Greenville, NC 27834

Jurisdiction in this court is based on:
Title 18, U.S.C., Section 241-Conspiracy Against Rights and Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law.

The acts complained of in this suit concern:
Civil rights, oppression, fear, and intimidation. Title 18, U.S.C., Section 241-Conspiracy Against Rights. Title 18, U.S.C., Section 242-Deprivation of Rights Under Color of Law.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

7 million dollars, VSA contract revoked, rights to my child, for the violation of my civil rights "compensation"

1-26-2024

DATE

Bryan Turner

SIGNATURE OF PLAINTIFF

41 Moon Johnson Rd
Rosehill, NC 28458
910-284-5464

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3