UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN ANTHONY TURNER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF NORTH CAROLINA PITT )<br>COUNTY, et al, )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br>**CASE NO. 7:24-CV-217-M-KS** |

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on July 16, 2024 [DE 9], the court ADOPTS the Recommendation [DE 7] in full. Plaintiff's Complaint [DE 1] is DISMISSED.

<u>This Judgment filed and entered on July 16, 2024, and copies to:</u>
Bryan Turner (via U.S. mail)

July 16, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk